UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20227-CIV-HUCK/O'SULLIVAN

VP GABLES, LLC,

    Plaintiff,

vs.

THE COBALT GROUP, INC.,

    Defendant.
_____/

THE COBALT GROUP, INC.,

    Third-Party Plaintiff,

vs.

NETLINK SOFTWARE GROUP AMERICA, INC., a Michigan corporation; THE COLLECTION, LLC, a Florida limited liability company,

    Third-Party Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon third-party defendant The Collection, LLC's Motion to Tax Costs, filed January 29, 2010 [D.E. # 184]. The Honorable John J. O'Sullivan, United States Magistrate Judge, issued a Report and Recommendation [D.E. # 188], filed on April 12, 2010, recommending that the Motion be denied. No party has filed an objection to the Report and Recommendation. The Court has independently reviewed the Report and Recommendation, and the record. Being otherwise duly advised, the Court adopts the findings of fact and conclusions as in the report. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion is DENIED. The Report is ADOPTED.

DONE AND ORDERED in chambers, Miami, Florida, May 4, 2010.

_____
PAUL C. HUCK
United States District Judge

**Copies Furnished To:**
Magistrate Judge John O'Sullivan
All Counsel of Record